IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06–cv–02191–EWN–CBS

DONNA BRIDGES,

      Plaintiff,

v.

FRONTIER AIRLINES, INC., and
FRONTIER AIRLINE PILOT ASSOCIATION,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS ORDERED that the Joint Stipulated Motion to Vacate and Reset Scheduling Conference and Stay Discovery Pending Resolution of Defendants' Motions to Dismiss Under F<small>ED</small>.R.C<small>IV</small>.P. 12(b)(1) and (6) (*doc. no. 17)* is **GRANTED**.  However, the Court would like to meet with parties at the time originally set for a scheduling conference.  Accordingly, it is

      ORDERED that the scheduling conference set for **February 14, 2007,** is **CONVERTED** into a status conference in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

      Parties are **not** required to submit their individual confidential settlement statement(s) and a proposed scheduling order in accordance with the Court's Order dated January 10, 2007.

      IT IS FURTHER ORDERED that all discovery is stayed pending the February 14th status conference.

**DATED:**    February 1, 2007