**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-02191-EWN-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: May 31, 2007** | **Courtroom Deputy:** Ben Van Dyke |

DONNA BRIDGES,                                                    Mark J. Berumen, via telephone

    **Plaintiff,**

    v.

FRONTIER AIRLINES, INC., and                          Brian M. Mumaugh, via telephone
FRONTIER AIRLINE PILOT ASSOCIATION,       Michael D. Nosler, via telephone

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTIONS HEARING**
**Court in Session:      8:30 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:**   The Motion to Lift Stay of Discovery [filed May 9, 2007; doc. 28] is denied without prejudice for the reasons stated on the record.  The defendants shall have five (5) business days from today's date to file a motion to vacate the dispositive motions deadline.

HEARING CONCLUDED.

**Court in Recess:      8:54 a.m.**
Total In-Court Time:      00:24