IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–02191–EWN–CBS

DONNA BRIDGES,

    Plaintiff,

v.

FRONTIER AIRLINES, INC., and
FRONTIER AIRLINE PILOT ASSOCIATION,

    Defendants.

## ORDER

This matter comes before the court on the "Motion to Vacate Dispositive Motions Deadline" (#34) filed June 6, 2007. Upon review of the file, it is

**ORDERED** as follows:

1.     The Motion to Vacate Dispositive Motions Deadline (#34) is GRANTED. The dispositive motions deadline of July 2, 2007, is VACATED pending a decision by the System Board of Adjustment regarding Plaintiff's grievance.

2.     This action shall be administratively closed by the Clerk, to be reopened upon a showing of good cause following completion before the System Board of Adjustment.

3. The parties shall contact the magistrate judge within seventy-two hours of a decision by the System Board of Adjustment to address the need for further proceedings in the District Court.

4. The pending motions to dismiss (## 15, 16) filed January 16, 2007, are DISMISSED without prejudice. The motion hearing scheduled for September 14, 2007, is VACATED.

Dated this 9th day of July, 2007.

                                                BY THE COURT:

                                                s/ Edward W. Nottingham
                                                EDWARD W. NOTTINGHAM
                                                Chief United States District Judge