# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02191-EWN-CBS

DONNA BRIDGES

    Plaintiff,

v.

FRONTIER AIRLINES, INC., and

FRONTIER AIRLINE PILOT ASSOCIATION

    Defendants.

## ORDER RE: MOTION TO WITHDRAW PURSUANT TO D.C.COLO.LCivR 83.3(D)

This matter is before the Court on the Plaintiff's Motion to Withdraw Pursuant to D.C.COLO.LCivR 83.3. Under this motion, the Counsel for the Plaintiff wishes to withdraw as the Plaintiff's Attorney-of-Record for a reason that he is unable to state because he believes doing so may violate the rules of professional conduct.

Accordingly, it is hereby ORDERED that the Motion to Withdraw is **GRANTED.**

Dated at Denver, Colorado, this 2nd day of April, 2008.

                          BY THE COURT

                          s/ Edward W. Nottingham
                          Edward W. Nottingham
                          Chief United States District Judge